IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD KOLSTAD and KRISTA KOLSTAD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF GLASGOW; VALLEY COUNTY; ROBERT WEBER; TYLER EDWARDS; JOSHUA NOLAN; DOES 1–10; and CORPORATIONS A-J,<br><br>　　　　　Defendants. | CV 23-147-BLG-TJC<br><br><br>**ORDER** |

　　　Defendant Valley County has filed a motion seeking summary judgment in its favor on all counts alleged by Plaintiffs.  (Doc. 67.)  Plaintiffs concede that Valley County's motion should be granted and all claims against it should be dismissed with prejudice.  (Doc. 84.)

　　　Accordingly, IT IS HEREBY ORDERED that Valley County's motion is GRANTED.  All counts alleged against Valley County are hereby dismissed with prejudice.

　　　IT IS ORDERED.

　　　DATED this 14th day of January, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge